Lonnie SNELLING, Plaintiff/Appellant,

v.

Betty WARREN, et al.,
Defendants/Respondents.

No. ED 104827

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: June 6, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied
August 22, 2017

Application for Transfer to Supreme
Court Denied October 31, 2017

FOR APPELLANT: Lonnie Snelling, Pro Se, 1518 79th Street, St. Louis, Missouri 63130.

FOR RESPONDENT: Donald U. Beimdiek, 100 North Tucker, Suite 726, St. Louis, Missouri 63101.

---

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., and Lisa S. Van Amburg, J.

## ORDER

PER CURIAM

Lonnie Snelling appeals the trial court's judgment dismissing with prejudice his suit against Betty Warren and August Reed. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).